DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| 311P12 | State v. Ruby Rodriguez Lopez | 1. Def-Appellant's NOA Under G.S. 7A-30 (COA11-722) | 1. - - - |
| | | 2. Def-Appellant's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| 314P12 | In the Matter of: Randy Alan Carpenter, License No. PE 021262 and PLS L-3814 | 1. Petitioner's NOA Based Upon a Constitutional Question (COA11-1459) | 1. - - - |
| | | 2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Respondent's Motion to Dismiss Appeal | 3. Allowed |
| 322P10 | State v. Marcus Arnell Craven | 1. State's Motion for Temporary Stay (COA09-1138) | 1. Allowed **08/05/10** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. State's Alternative PDR Under N.C.G.S. § 7A-31 | 4. Allowed |
| | | 5. Def's Motion to Dismiss Appeal | 5. Allowed |
| | | 6. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 6. Denied |
| | | 7. Def's Motion to Amend Response to State's PDR | 7. Allowed |
| 323A12 | State v. Eddie Ray Loftin | 1. Def's NOA Based Upon a Constitutional Question (COA12-154) | 1. - - - |
| | | 2. State's Motion to Dismiss Appeal | 2. Allowed |